

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2015

No. 04-15-00005-CV

**IN RE ESTATE OF JACK HIROMI IKENAGA, SR.,** Deceased,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2011-PC-4330
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

On March 5, 2015, we ordered Appellant to provide written proof to this court by March 16, 2015, that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee.

On March 9, 2015, Appellant provided written proof to this court that the clerk's record fee has been paid; our March 5, 2015 clerk's record order is satisfied.

We ORDER the district clerk to file the clerk's record with this court by April 2, 2015. **No further extensions of time to file the clerk's record will be granted.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court